UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

JESUS CRUZ-RODRIGUEZ, individually,

        Plaintiff,

vs.

THE VONS COMPANIES, INC., a Michigan Corporation,

        Defendant.

2:09-CV-00829-PMP-PAL

**ORDER**

Having read and considered Plaintiff's fully briefed Motion to Reconsider or for Relief from Judgment (Doc. #42), and finding therefrom that Plaintiff has failed to show good cause for the relief requested pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Reconsider or for Relief from Judgment (Doc. #42) is **DENIED**.

DATED: July 31, 2014.

_____
PHILIP M. PRO
United States District Judge